**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**OVERTON DIXON,**
    Petitioner,

vs.                          **3:04cv164/MCR/MD**

**JAMES R. MCDONOUGH,**
    Respondent.

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 26, 2006.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The 28 U.S.C. § 2254 amended petition for writ of habeas corpus (doc. 4) challenging the conviction and sentence in the case of *State of Florida v. Overton*

*Dixon*, in the Circuit Court of Escambia County, Florida, case no. 99-1868 is DENIED, this cause is DISMISSED, and the clerk is directed to close the file.

DONE AND ORDERED this 24th day of August, 2006.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

*Case No: 3:04cv164/MCR/MD*